UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JESSICA ROSE PAPPAS,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INS. CO., et al.,<br><br>Defendants. | Case No. 2:14-cv-00642-GMN-PAL<br><br>ORDER<br><br>(Mtn to WD – Dkt. #23) |

This matter is before the court on the Emergency[1] Motion to Withdraw as Counsel of Record (Dkt. #23) filed October 30, 2014.  G. Dallas Horton, David L. Thomas, and Christian Z. Smith seek to withdraw as counsel of record for Plaintiff Jessica Rose Pappas.  The court has considered the Motion.

The Motion represents that there has been a breakdown of the attorney-client relationship, and withdrawal is necessary and appropriate.  Local Rule IA 10-6 provides that "no withdrawal . . . shall be approved if delay of discovery, the trial or any hearing in the case would result."  LR IA 10-6(e).  Plaintiff filed her complaint in state court, and Defendant State Farm Automobile Insurance Company removed it to this court on April 25, 2014.  *See* Petition for Removal (Dkt. #1).  Discovery closes on March 20, 2015.  *See* Scheduling Order (Dkt. #22).

/ / /

/ / /

---

[1] Although counsel captioned their request as an "emergency" motion, they have not complied with LR 7-5(d), which requires they submit an affidavit setting forth the nature of the emergency, the office addresses and telephone numbers of movant and all affected parties, and a statement that includes, inter alia, a detailed description of the emergency.  Counsel's affidavit does not comply, and counsel is advised that in the future, they must comply with LR 7-5(d) when requesting emergency relief of the court.

Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED:**

1. The Motion to Withdraw as Counsel of Record (Dkt. #23) is GRANTED.

2. Plaintiff Jessica Rose Pappas shall have until **December 10, 2014,** in which to retain new counsel who shall file a notice of appearance in accordance with the Local Rules of Practice or to file a statement that she will proceed pro se.

3. Failure to comply with this order may result in a recommendation to the district judge for sanctions, including case-dispositive sanctions.

4. The Clerk of Court shall serve a copy of this Order on at:

Jessica Rose Pappas
2721 Miraflores Ave.
Las Vegas, NV 89102

Dated this 10th day of November, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE